# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE STEWARD,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No.  1:20-cv-00325-AWI-SAB<br><br>**SCHEDULING ORDER (Fed. R. Civ. P 16)**<br><br>**Initial Disclosure Deadline:**<br>    **June 30, 2020**<br><br>**Administrative Record Filing Deadline:**<br>    **January 4, 2021**<br><br>**Non-Dispositive Motion Deadlines:**<br>    **Filing: November 4, 2020**<br>    **Hearing: Pursuant to Local Rules**<br><br>**Dispositive Motion Deadlines:**<br>    **Opening Brief: January 25, 2021**<br>    **Responsive Brief: February 15, 2021**<br>    **Hearing: February 22, 2021, at 1:30 p.m. in Courtoom 2**<br><br>**Bench Trial:  April 20, 2021, at 8:30 a.m. in Courtroom 2  (1 day)** |

**I.    Date of Scheduling Conference**

The Scheduling Conference was held on June 9, 2020.

**II.    Appearances of Counsel**

Brent Brehm appeared telephonically on behalf of Plaintiff Steve Steward.

Jenny Wang appeared telephonically on behalf of Defendant Liberty Life Assurance Company of Boston.

### III. Consent to Magistrate Judge

Pursuant to 28 U.S.C. § 636(c), to the parties who have not consented to conduct all further proceedings in this case, including trial,[1] before United States Magistrate Judge Stanley A. Boone, you should be informed that because of the pressing workload of United States district judges and the priority of criminal cases under the United States Constitution, you are encouraged to consent to magistrate judge jurisdiction in an effort to have your case adjudicated in a timely and cost effective manner.  Presently, when a civil trial is set before Judge Ishii, any criminal trial set which conflicts with the civil trial will take priority, even if the civil trial was set first. Continuances of civil trials under these circumstances may no longer be entertained, absent a specific and stated finding of good cause, but the civil trial may instead <u>trail</u> from day to day or week to week until the completion of either the criminal case or the older civil case.  The parties are advised that they are free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

### IV. Initial Disclosure under Fed. R. Civ. P. 26(a)(1)

The Parties are ordered to exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **June 30, 2020.**

### V. Amendments to Pleading

Any motions or stipulations requesting leave to amend the pleadings must be filed no later than **June 16, 2020**.  The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary.  All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see* <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed.R.Civ.P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see* <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962).

---

[1] Except those proceedings delegated to the United States magistrate judges by 28 U.S.C. § 636(b) and the district judges by the Local Rules for the Eastern District of California.

### VI. Pre-Trial Motion Schedule

Unless prior leave of Court is obtained at least seven (7) days before the filing date, all moving and opposition briefs or legal memorandum in civil cases shall not exceed twenty-five (25) pages. Reply briefs filed by moving parties shall not exceed ten (10) pages. Before scheduling any motion, the parties must comply with all requirements set forth in Local Rule 230 and 251.

### A. Non-Dispositive Pre-Trial Motions

All non-dispositive pre-trial motions shall be filed no later than **November 4, 2020**, and heard pursuant to the Local Rules in Courtroom 9. Non-dispositive motions are heard on Wednesdays at 10:00 a.m., before United States Magistrate Judge Stanley A. Boone in Courtroom 9.

In scheduling any non-dispositive motion, the Magistrate Judge may grant Applications for an Order Shortening Time pursuant to Local Rule 144(e). However, if counsel does not obtain an Order Shortening Time, the Notice of Motion must comply with Local Rule 251.

Counsel may appear and argue non-dispositive motions by telephone, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than three (3) court days before the noticed hearing date. In the event that more than one attorney requests to appear by telephone, then it shall be the obligation of the moving party(ies) to arrange and originate a conference call to the court.

### B. Dispositive Pre-Trial Motions

The Administrative Record shall be filed no later than **January 4, 2021.** Motions for Summary Judgment shall be filed no later than **January 25, 2021.** Responsive briefs shall be filed no later than **February 15, 2021.** The motion for summary judgment shall be heard on **February 22, 2021, at 1:30 p.m. in Courtroom 2** before Senior Judge Anthony W. Ishii.[2]

---

[2] The parties requested that a bench trial be set on March 22, 2021, and at the scheduling conference the Court set the bench trial for March 23, 2021. However, upon conferring with Judge Ishii's chambers, the bench trial needs to be set two months after the hearing on the motions for summary judgment. Accordingly, the Court sets a hearing on the motions for summary judgment pursuant to the Local Rules and the bench trial is set two months after the hearing.

Prior to filing a motion for summary judgment or motion for summary adjudication, the parties are ORDERED to meet, in person or by telephone, and confer to discuss the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; and 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion.

The moving party shall initiate the meeting. **In addition to the requirements of Local Rule 260, the moving party shall file a Joint Statement of Undisputed Facts.**

In the Notice of Motion, the moving party shall certify that the parties have met and conferred as ordered above or set forth a statement of good cause for the failure to meet and confer.

**VII.    Trial Date**

Trial is set for **April 20, 2021, at 8:30 a.m.** in Courtroom 2 before Senior United States District Judge Anthony W. Ishii.

A.    This is a bench trial.

B.    Counsels' Estimate of Trial Time: 1 Day.

C.    Counsels' attention is directed to Local Rule 285 for the Eastern District of California.

**VIII.    Related Matters Pending**

There are no pending related matters.

**IX.    Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules for the

Eastern District of California.

Additional requirements and more detailed procedures for courtroom practice before United States Magistrate Judge Stanley A. Boone can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB).  In the area entitled "Case Management Procedures," there is a link to "Standard Information."  All parties and counsel shall comply with the guidelines set forth therein.

### X.    Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.  The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause.**

**Lastly, should counsel or a party appearing pro se fail to comply with the directions as set forth above, an ex parte hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered.**

IT IS SO ORDERED.

Dated:   **June 10, 2020**

UNITED STATES MAGISTRATE JUDGE